UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

              -v-                                  1:16-cr-396-GHW-7

    RICHARD HILL,                                   ORDER
                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    A remote proceeding is scheduled in this matter on October 19, 2020 at 9:00 a.m.

Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

    SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                                          GREGORY H. WOODS
                                                         United States District Judge