UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    :
  UNITED STATES OF AMERICA,    :
    :
    :
    -v-    :
    :    1:16cr-0396-GHW-7
    :
  RICHARD HILL,    :    <u>ORDER</u>
    Defendant.  :
------------------------------------------------------------ :
-    X

GREGORY H. WOODS, United States District Judge:

    A remote proceeding is scheduled in this matter on November 23, 2020 at 9:00 a.m.

Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200.

SO ORDERED.

Dated: November 18, 2020
New York, New York
                                              GREGORY H. WOODS
                                       United States District Judge