```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                     -v-                  :
                                          :
RICHARD HILL,                             :
                          Defendant.      :
                                          :
------------------------------------------------------------ :
                                          X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

1:16cr-0396-GHW-7

ORDER

GREGORY H. WOODS, United States District Judge:

The remote proceeding currently scheduled in this matter on July 15, 2021 at 9:30 a.m. will instead take place at 10:00 a.m. The proceeding will take place on the Microsoft Teams videoconference platform. Parties will receive a Teams calendar invitation from the New York City Department of Corrections. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge