```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                -v-                                          :
                                                             :   1:16cr-0396-GHW-7
                                                             :
    RICHARD HILL,                                            :   ORDER
                                    Defendant.               :
------------------------------------------------------------ :
                                                             X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/2021

GREGORY H. WOODS, United States District Judge:

The remote proceeding currently scheduled in this matter on August 3, 2021 at 12:00 p.m. will instead take place at 12:30 p.m. The proceeding will take place on the Microsoft Teams videoconference platform. Parties will receive a Teams calendar invitation from the New York City Department of Corrections. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: August 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge