# MEMORANDUM ENDORSED

LAW OFFICES OF
## STEPHEN TURANO

sturano@turanolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

February 21, 2022

Via ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Richard Hill
                    16 Cr. 396 (GHW)

Dear Judge Woods:

     I represent Richard Hill in the above-referenced matter. I write the Court seeking an adjournment of the September 28, 2022 Status Conference.

     I was originally scheduled to start a trial on February 15, 2022, in *People v. Ryan Backes*, Supreme Court of New York (Indictment No. 1784/18). The trial was adjourned and on February 18, 2022, I was advised by the court that the matter has been assigned to a trial judge and a trial will start on February 23, 2022. I anticipate the case will last no more than two weeks. Please disregard my previous filing, which incorrectly had September 23, 2022, as the trial's start date.

     AUSA Jason Swergold consents to the adjournment request.

Application granted. The status conference scheduled for February 28, 2022 is adjourned to March 17, 2022 at 11:30 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 791.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

SO ORDERED.

Dated: February 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge